IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MELALEUCA, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | MISC. ACTION NO. H-12-650 |
| § | |
| ORGANO GOLD INTERNATIONAL, INC., § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

It appears that the witness whose appearance the movant sought has left the country and cannot be served. This miscellaneous case is closed.

SIGNED on March 26, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge